UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | )  Case No. 3:03CR30164-003-DRH |
| | ) |
| vs. | ) |
| | ) |
| Oscar Robles-Gil, | ) |
| | ) |
| Defendant. | ) |

### ORDER REMITTING FINE

Upon motion of the United States of America and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED**, in accordance with the provision of 18 U.S.C. § 3573, the unpaid portion of the fine imposed against the Defendant in the amount of $500.00, is hereby **REMITTED**.

DATED: May 24, 2007.

/s/    David   RHerndon
United States District Judge